**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

In the Matter of:

Bullhead & Laughlin Jet Skis, LLC, for
Exoneration from or Limitation of
Liability.

No. CV-22-08221-PCT-JJT

**ORDER**

Bullhead & Laughlin Jet Skis LLC,

Petitioner,

v.

Michael Bohannon, *et al.*,

Claimants.

At issue is Plaintiff in Limitation Bullhead & Laughlin Jet Skis, LLC's
("Petitioner") *Ex Parte* Motion for Order Approving Valuation, Security, Notice to
Claimants, and Manner of Publication, and Enjoining Proceedings (Docs. 2 (under-seal
version) and 7 (redacted version)).[1]

On December 8, 2022, Petitioner filed a Complaint (Docs. 1 (under-seal version)
and 6 (redacted version)) in this action as owner of a 2009 Yamaha Wave Runner VX
personal watercraft, with the Hull Identification Number YAMA1092B909 ("the Vessel"),

---

[1] Pursuant to the Court's December 8, 2022 Order (Doc. 5), Petitioner's originally filed
Complaint (Doc. 1) and *Ex Parte* Motion for Order Approving Valuation, Security, Notice
to Claimants, and Manner of Publication, and Enjoining Proceedings (Doc. 2) were placed
under seal because both documents referred to minor children by name. Redacted versions
of Petitioner's Complaint (Doc. 6) and motion (Doc. 7) were filed thereafter on
December 8, 2022, and December 13, 2022, respectively.

for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Rule F"), for all claims arising out of a certain incident that occurred on the navigable waters of the Colorado River on or about April 3, 2021, as more fully described in the Complaint.

The Complaint states that immediately following the subject incident, the Vessel had an approximate value of Five Thousand Five Hundred and No/100 Dollars ($5,500.00). (Compl. ¶ 7.) Attached to the Complaint is the Declaration of Edward Washington who affirms that the value of the Vessel is Five Thousand Five Hundred and No/100 Dollars ($5,500.00). (Doc. 6-1, Compl. Ex. A.) In its motion, Petitioner confirms that upon the Court's entry of an order setting the valuation of the Vessel at that amount, it will deposit with the Court's Registry Five Thousand Five Hundred and No/100 Dollars ($5,500.00) as security for all claims arising from the incident, in accordance with Rule F. (Doc. 7 at 2 ¶¶ 3–4.) Petitioner agrees to comply and provide any additional security against the limitation fund that the Court may deem just and proper, in accordance with Rule F. (*Id*. at 2 ¶ 5.)

**IT IS ORDERED** granting Petitioner's *Ex Parte* Motion for Order Approving Valuation, Security, Notice to Claimants, and Manner of Publication, and Enjoining Proceedings (Docs. 2 (under-seal version) and 7 (redacted version)).

**IT IS FURTHER ORDERED** approving the valuation of the Vessel as set forth in the Declaration submitted by Petitioner as Five Thousand Five Hundred and No/100 Dollars ($5,500.00), subject to demand by any claimant and request for an appraisal, and also subject to Petitioner's right to request a reduction in the amount of security.

**IT IS FURTHER ORDERED** directing Petitioner to deposit with the registry of the Court the full valuation of Five Thousand Five Hundred and No/100 Dollars ($5,500.00) as approved by the Court and those monies are accepted by the Court as security for the benefit of the claimants in this matter pending further orders of this Court. The deposit must be paid within 14 days of this Order.

**IT IS FURTHER ORDERED** approving the proposed form of Notice to Claimants attached to Petitioner's Complaint (Doc. 6-7) and directing the Clerk to issue the Notice.

**IT IS FURTHER ORDERED** that Petitioner shall promptly deliver a copy of said Notice to Claimants to counsel for any claimant who is represented by counsel and to any unrepresented claimant who shall make a claim, and shall publish a copy of the Notice to Claimants in The Standard Newspaper, located in Kingman, Arizona, once a week until the time for submission of claims has expired. The time of such submission shall be no later than 120 days after the date of the Notice to Claimants.

**IT IS FURTHER ORDERED** enjoining the filing or prosecution of any and all claims and proceedings with respect to this matter, other than in this Court, including Case No. S8015 CV 202200340, *Bohannon, et al., v. Mohave County, et al.*, in the Superior Court of Arizona, Mohave County, as against Petitioner and its agents and employees, including, but not limited to, Edward Washington.

Dated this 28th day of December, 2022.

_____
Honorable John J. Tuchi
United States District Judge